

**Stern, Lavinthal & Frankenberg, LLC**
COUNSELLORS AT LAW
**105 EISENHOWER PARKWAY, ROSELAND, NEW JERSEY 07068**
973-797-1100 – FAX 973-228-2679

February 5, 2020

**Via ECF filing a Lawyers Service**
The Honorable Karen M. Williams, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, NJ 081010

    Re:    **Citigroup Mortgage Loan Trust  v.  Barry et al**
            **20-CV-00699**

Dear Judge Williams:

    This office represents Plaintiff, Citigroup Mortgage Loan Trust, in the above referenced matter. Defendant John Wesley Barry has filed a Notice of Removal. Your Honor has scheduled an initial conference for February 20, 2020 at 9:30. Plaintiff has a pending motion to remand, with a return date of March 2, 2020. Plaintiff's remand motion alleges lack of diversity and lack of a federal question. In light of the pending motion, we respectfully request that the Initial Conference be adjourned, and also that the requirement of a Joint Discovery Plan be suspended pending determination of the motion.

    Mr. Barry has not provided any contact information other than his address. We have thus not been able to obtain consent from him for this request.

    By copy of this letter, we are reaching out to Mr. Barry and requesting that he contact my office to discuss this case.

                                             Respectfully,
                                             STERN, LAVINTHAL &
                                             FRANKENBERG, LLC

                                             */s/ Laura A. Scurko*
                                             Laura A. Scurko, Esq.

LAS/mb
Encls.
cc:    John Wesley Barry (via e-filing and certified and regular mail)

**THIS IS AN ATTEMPT TO COLLECT A DEBT**